## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: BRISTOL-MYERS SQUIBB           :    CIVIL ACTION NO. 00-1990 (SRC)
SECURITIES LITIGATION                 :
                                      :
                                      :
_____        :    JUDGE STANLEY R. CHESLER

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that RITA CARFAGNA, as the Managing Member of Cascia II LLC, Objector in the above-styled cause, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order Approving Attorney Fees and Expenses and Lead Plaintiff's Costs Directly Related to its Representation of the Class (entered on May11, 2006 and attached hereto as Exhibit A).

Respectfully submitted,

_____
Eric M. Bernstein ( NJ Bar No.EMB 7337)
Two North Road
P.O. Box 4922
Warren, N.J. 07059
(732) 805-3360
(732) 805-3346 Fax
embernstein@embalaw.com

     /s/ Edward F. Siegel
_____
Edward F. Siegel (Ohio Bar 0012912)
5910 Landerbrook Dr. #200
Cleveland Ohio 44124
(440) 544-1107  Phone
(440) 446-1240  Fax
efsiegel@efs-law.com   e-mail